IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:21-cv-80391-RLR

KEITH TAIG, individually, and on behalf of
others similarly situated,

    Plaintiffs,

v.

CITY OF VERO BEACH, CHIEF DAVID
CURREY in his individual capacity, CAPTAIN
KEVIN MARTIN (RETIRED) in his individual
capacity, LIEUTENANT JOHN PEDERSEN in
his individual capacity, DETECTIVE PHIL
HUDDY in his individual capacity,
DETECTIVE SEAN CROWLEY in his
individual capacity, and DETECTIVE MIKE
GASBARRINI in his individual capacity,

    Defendants.
_____/

## JOINT NOTICE REGARDING PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND ADDITIONAL DISCOVERY

Pursuant to this Court's Paperless Order filed September 22, 2021 [Doc. 70], the Parties, Plaintiff Keith Taig, and Defendants the City of Vero Beach, Chief David Currey, Capt. Kevin Martin (Retired), Lieut. John Pedersen, Detective Phil Huddy, Detective Shawn Crowley, and Detective Mike Gasbarrini, by and through undersigned counsel, hereby file this Joint Notice regarding Plaintiff's Motion for Class Certification and Additional Discovery, and would state as follows:

    1.    Counsel for the Parties conferred via telephone on October 7 and October 8, 2021, regarding Plaintiff's Motion for Class Certification and whether the parties seek additional discovery.

2. It is Defendants' position that Plaintiff's Motion for Class Certification filed May 7, 2021 [Doc. 39] cannot be evaluated in light of Plaintiff's expressed intent in filing an amended complaint.

3. Plaintiff represents that he received production from Defendants on August 20, 2021, August 24, 2021, and even supplemental production from opposing counsel on August 31, 2021, totaling 1,183 pages. The last set of production was received after the discovery cutoff date on August 24, 2021. In the last three batches of production, Plaintiff discovered incident reports and video surveillance logs of those officers involved in the surveillance of the East Spa, and also an email from Assistant State Attorney Jeffrey Hendriks ("ASA Hendriks") to the named Individual Defendants in this action. In that email, ASA Hendriks attaches a minimization memorandum, outlining requisite minimization instructions for video surveillance. This information has only come to light due to production received on August 20, 2021, August 24, 2021, and August 31, 2021. As such, Plaintiff takes the position that there is good cause to take the deposition of ASA Hendriks to ascertain the nature of his involvement with the East Spa investigation and the instructions provided to any VBPD law enforcement officials. To the extent Defendants contend that Plaintiff exceeded the amount of depositions taken in this case without leave of court, Plaintiff responds that this issue was never raised by Defendants to the Court until now. Defendants had every opportunity to raise that issue to the Court to resolve it but never did.

4. Defendants oppose additional discovery. Defendant City produced the email at issue on August 20, 2021, as part of its Second Supplemental production. Therefore, Plaintiff had the email at issue in hand for over a month before first broadly raising a request for additional discovery at the September 22, 2021 Status Conference. Defendant City should not be penalized for complying with the Fed. R. Civ. P. 26(e) obligation to supplement discovery. In addition,

Plaintiff has already taken 11 depositions from May 21, 2021, through August 24, 2021, in excess of the 10 deposition limit set forth in Fed. R. Civ. P. 30(a)(2) without obtaining leave of court.

Respectfully submitted this 8th day of October, 2021.

/s/ Gerald F. Richman
Gerald F. Richman, Esq.
Florida Bar No. 066457
Kenneth J. Scherer, Esq.
Florida Bar No. 158140
Fisher Potter Hodas, PL
515 N. Flagler Drive-Suite 800
West Palm Beach, FL 33401
Tel: 561-832-1005 Fax: 561-820-9375
gerry@fphlegal.com
ken@fphlegal.com
martina@fphlegal.com
Attorneys for Plaintiff

/s/ Gail C. Bradford
William E. Lawton , Esq.
Florida Bar No. 0163236
Gail C. Bradford, Esq.
Florida Bar No. 0295980
Alyssa J. Flood, Esq.
Florida Bar No. 0099755
Dean, Ringers, Morgan & Lawton, P.A.
Post Office Box 2928
Orlando, FL 32802-2928
Tel: 407-422-4310  Fax: 407-648-0233
wlawton@drml-law.com
gbradford@drml-law.com
aflood@drml-law.com
Attorneys for Defendant City of Vero Beach

/s/ Robert E. Bonner
Robert E. Bonner, Esq.
Florida Bar No. 327875
Meier, Bonner, Muszynski, O'Dell & Harvey, P.A.
260 Wekiva Springs Road, Suite 2000
Longwood, FL 32779-5947
Tel: 407-872-7774  Fax: 407-872-7997
reb@fltrialteam.com
ghowell@fltrialteam.com
Attorneys for Defendants Chief David Currey, Lieut. John Pedersen, Detective Phil Huddy, Detective Shawn Crowley, and Detective Mike Gasbarrini

**Certificate of Service**

     **I HEREBY CERTIFY** that on October 8, 2021, I electronically filed the foregoing with the Clerk of the Courts by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

       **FISHER POTTER HODAS, PL**
       515 North Flagler Drive - Suite 800
       West Palm Beach, FL 33401
       Telephone:   561-832-1005
       Facsimile:    561-820-9375
       *Attorney for Plaintiffs*

       By:  */s/Gerald F. Richman*
            Gerald F. Richman
            Florida Bar No.: 066457
            gerry@fphlegal.com
            eservice@FPHlegal.com