IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No. 9:21-CV-80391-DMM

KEITH TAIG, individually, and on behalf of
others similarly situated,

    Plaintiffs,

v.

CITY OF VERO BEACH, CHIEF DAVID
CURREY in his individual capacity, CAPTAIN
KEVIN MARTIN (RETIRED) in his individual
capacity, LIEUTENANT JOHN PEDERSEN in
his individual capacity, DETECTIVE PHIL
HUDDY in his individual capacity, DETECTIVE
SEAN CROWLEY in his individual capacity,
AND DETECTIVE MIKE GASBARRINI in his
individual capacity,

    Defendants.
_____/

**PLAINTIFF KEITH TAIG'S ANSWERS TO DEFENDANT
CITY OF VERO BEACH'S FIRST SET OF INTERROGATORIES**

Plaintiff, KEITH TAIG, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 33, hereby serves his answers to the Defendant the City of Vero Beach's First Set of Interrogatories and states as follows:

1. List the names, business addresses, dates of employment and rates of pay regarding all employers, including self-employment, for whom you have worked in the past ten (10) years.

   <u>ANSWER:</u> Mr. Scrap, 4455 45th Street, Vero Beach, Florida. $57k per year.

2. List all former names and when you were known by those names. State all addresses where you have lives for the past ten (10) years, the dates you lived at each address, your Social Security number, your date of birth, and, if you are or have ever been married, the name of your spouse or spouses.

**EXHIBIT 1**
Witness: Taig
Date: 8/13/21
Stenographer: SA

**ANSWER:** Plaintiff objects on the ground that this request seeks information that is confidential (i.e., social security numbers) and may be provided through separate confidential disclosure. The Plaintiff will provide such information upon the entry of an agreed confidentiality order executed between the parties. Without waiving said objections, Plaintiff responds that his wife's name is Ampairo Taig.

3. Have you ever been convicted of a crime, other than juvenile adjudication, which under the law under which you were convicted was punishable by death or imprisonment in excess of one year, or that involved dishonesty or a false statement regardless the punishment? If so, state as to each conviction, the specific crime, the date and the place of conviction.

    **ANSWER:** None.

4. Were you suffering from physical infirmity, disability, or sickness at the time of the incident described in the complaint? If so, what was the nature of the infirmity, disability, or sickness?

    **ANSWER:** No.

5. Identify each and every instance in which this Defendant "intentionally misrepresented their investigation to the public as human trafficking, rather than solicitation of prostitution, in an effort to inflame public opinion against members of the class and subject these members to humiliation, ridicule, and scorn, effectively creating a punishment for members of the class without a hearing being conducted", and as to each and every instance, please describe the event, and identify the date, location, and witnesses. (*See* Plaintiff's Class Action Complaint filed February 23, 2021 [Doc. 1] at ¶ 16(d).)

    **ANSWER:** There are multiple Defendants in this action and Plaintiff cannot be expected to identify each instance for himself and the proposed class. Nonetheless, here are a few examples: (1) The Vero Beach Police Department's press conference on February 19, 2019, that lasted approximately one hour, in which the VBPD, not only named the class members subject to their investigation, but publicly made available the class members' photos, while wrongfully claiming they were involved in suspected human trafficking; and (2) newspaper articles regarding the Spa investigation.

6. Describe each and every injury, whether physical or emotional, for which you are claiming damages in this case, specifying the part of your body that was injured, the nature of the injury, and as to any injuries you contend are permanent, the effects on you that you claim are permanent.

    **ANSWER:** No physical or emotional damages claimed by this Plaintiff.

7. Describe each emotional damage and emotional distress sustained by you for which damages are claimed and sought in this case, specifying the nature of the injury, and as to any injuries you contend are permanent, the effects that you claim are permanent. (See Class Action Complaint filed February 23, 2021 [Doc. 1] ¶ 88.)

    **ANSWER:** Public embarrassment, humiliation and emotional damage is permanent for this Plaintiff.

8. List the name and business address of each mental health care provider who has treated or examined you and each medical facility or practice where you received any mental health care treatment or examination for the injuries for which damages are claimed and sought in this case and state as to each the date of treatment or examination and the injury or condition for which you were examined or treated.

    **ANSWER:** Not applicable for this Plaintiff.

9. List the names and business address of all other physicians, mental health care providers, medical facilities or practices, or other health care providers by whom or at which you have been examined or treated in the past ten (10) years; and state as to each the dates of examination or treatment and the condition or injury for which you were examined or treated.

    **ANSWER:** Not applicable to this Plaintiff.

10. List each item of expense or damage, other than loss of income or earning capacity, that you claim to have incurred as a result of the incident described in the Complaint, giving for each item the amount incurred, the date incurred, the name and business address to whom each was paid or is owed, and the goods or service for which each was incurred.

    **ANSWER:** Attorney's fees and costs paid to counsel with regard to the defense of the criminal charges against me. The expenses total $1,750.00 and were paid to Andrew Metcalf, Esq.

11. Do you contend that you have lost any income, benefits, or earning capacity in the past or future as a result of the incident described in the Complaint? If so, state the nature of the income, benefits, or earning capacity, and the amount and the method that you used in computing the amount.

**ANSWER:** No.

12. Has anything been paid or is anything payable from any third party for the damages listed in your answers to these interrogatories? If so, state the amounts paid or payable, the name and business address of the person or entity who paid or owes said amounts, and which of those third parties have or claim a right to subrogation.

    **ANSWER:** No.

13. List the names and address of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of these issues in this lawsuit and specify the subject matter about which the witness has knowledge.

    **ANSWER:**

    - The Defendants in this matter and other present and former members of the Vero Beach Police Department. The subject matter of which the witnesses have knowledge would include the investigation of the spa and the criminal proceedings.

    - Members of the Indian River County State Attorney's office including Steven R. Wilson, Esq., Marshall Leverig Evans, Esq., and Ryan Butler, Esq. The subject matter of which the witnesses have knowledge would include the investigation of the spa and the criminal proceedings.

    - The various individuals named as defendants in the criminal prosecutions commenced by the Indian River County State Attorney's office. These names appear at various times, in various matters, including the hearing on the Motion to Suppress held before Judge Nicole P. Menz on April 23, 2019.

    - Judges Cynthia Cox and Paul B. Kanarek. The subject matter of which these witnesses would have knowledge would include the facts and circumstances surrounding the initial issuance and subsequent continuation of the order for surreptitious entry and installation of electronic surveillance cameras as well as the failure of the Vero Beach Police Department employees to convey with said orders.

- Andrew Metcalf, Esq. of Green and Metcalf, 1245 20th Street, Vero Beach, Florida. The subject matters which this witness would have knowledge of would be the investigation and defense provided to the Plaintiff and to others with regard to the criminal charges.

- Any and all employees of the East Spa that were involved in this matter.

- With regard to the issue of damages, the names of the individuals that have knowledge as to the other class members is not yet known.

14. State the name and address of every person known to you, your agents or attorneys who has knowledge about, or possession, control or custody of any model, plat, map, drawing, motion picture, video tape, or photograph pertaining to any fact or issue involved in this controversy and describe as to each what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

    **ANSWER:** It is unknown as to "every person" who might have the items or information specified in this Interrogatory, but the following will have the items/information requested: The Vero Beach Police Department; the Indian River County Sheriff's Office, the State Attorney for Indian River County and Andrew Metcalf, Esq.

15. Do you intend to call any expert witnesses at the trial of this case? If so, state as to each such witness the name and business address of the witness, the witness' qualifications as an expert, the subject matter upon which the witnesses is expected to testify, the substance of the facts and opinions to which the witness is expected to testify, and a summary of the grounds for each opinion.

    **ANSWER:** To be disclosed in the expert witness disclosure required by the Pretrial Scheduling Order and Order Referring Case to Mediation entered on March 18, 2021.

# VERIFICATION

STATE OF FLORIDA
COUNTY OF Indian River

Keith Taig, being duly sworn, and upon penalty of perjury, states that he verifies that the foregoing Answers to Interrogatories are true and correct.

DATED this 25th day of May, 2021.

_____
Keith Taig

The foregoing instrument was sworn to and signed before me by means of ✓ physical presence or ___ online notarization, by Keith Taig who is personally known to me or who produced _____ as identification, this ___ day of May, 2021.

_____
NOTARY PUBLIC
My Commission Expires:_____

Notary Public State of Florida
Lisa R Tennant
My Commission GG 252321
Expires 09/01/2022

Respectfully submitted this 25th day of May, 2021.

By: /s/*Gerald F. Richman*
Gerald F. Richman
Florida Bar No.: 066457
gerry@fphlegal.com
eservice@FPHlegal.com

**FISHER POTTER HODAS, PL**
515 North Flagler Drive - Suite 800
West Palm Beach, FL 33401
Telephone:     561-832-1005
Facsimile:     561-820-9375
*Attorneys for Plaintiff, Keith Taig, on his own behalf and on behalf of those similarly situated*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 25th day of May 2021, the foregoing was served via electronic mail delivery to Gail C. Bradford, Esq., gbradford@drml-law.com; William E. Lawton, Esq., Wlawton@drml-law.com; and Alyssa J. Flood, aflood@drml-law.com.

By: /s/*Gerald F. Richman*
Gerald F. Richman
Florida Bar No.: 066457