

# VBPD Surveillance Log

**Case Number:**

2018-2297 / Huddy

| Date | Time | Description |
|---|---|---|
| 01-02-19 | 09:18 | W/M enters East Spa, after exiting a white Jeep Wrangler (unknown tag). Vehicle had black rims and "WRANGLER", in black writing, on sides of hood. W/M was wearing a blue shirt and blue shorts. W/M had white hair and a goatee. The vehicle was backed into a parking space, on the northwest corner of the building, located at 2315 14th Avenue. W/M exits East Spa, at approximately 10:16 hours. Unable to identify. |
| 01-02-19 | 09:35 | The UPS delivery person enters East Spa for a delivery and exits, at approximately 09:35 hours. |
| 01-02-19 | 09:52 | W/M enters East Spa, after exiting a white 2014 Dodge RAM 2500 panel van (Florida tag #Z62-DZU). W/M (later identified as Michael A. Cimitile / DOB: 12-11-66) was wearing a dark gray, short-sleeve t-shirt, with a black long-sleeve shirt underneath. Cimitile had grayish-brown hair. The vehicle was parked, forward, in a parking space, in front of East Spa. Exits East Spa, at approximately 10:46 hours. Positive I.D. |
| 01-02-19 | 10:45 | W/M enters East Spa, after exiting a black 2018 Audi Q5 Quattro sport utility vehicle (Florida tag #MCD-023). W/M (later identified as John M. Gray / DOB: 05-06-69) was wearing a white, short-sleeve t-shirt, and tan shorts. Gray had a clean-shaven head. The vehicle was parked, forward, into a parking space, at 2336 14th Avenue (Museum). Exits East Spa, at approximately 11:08 hours. Positive I.D. |
| 01-02-19 | 10:43 | B/M enters East Spa, after exiting a white 1993 Chevrolet extended cab pick-up truck (Florida tag #Z80-BEL). B/M's vehicle was parked, forward, into a parking space, in front of East Spa (southwest corner of building). Vehicle registration came back to Sylvester Cannon Jr. (06-05-70), 975 9th Court Southwest, Vero Beach, Florida. B/M exits East Spa, at approximately 11:15 hours. Unable to identify. |
| 01-02-19 | 10:55 | W/M enters East Spa, after exiting a white 1999 Chevrolet Express conversion van (Florida tag #EHH-A44), with tan trim running along the bottom of the vehicle. W/M (later identified as Robert J. Walter / DOB: 04-25-73) was wearing a brown, short-sleeve shirt and tan shorts. Walter had brown hair. The vehicle was parked, forward, in a parking space, in front of East Spa. Exits East Spa, at approximately 11:54 hours. Positive I.D. |
| 01-02-19 | 11:03 | W/M enters East Spa, after exiting a silver 2011 Ford Fiesta SE four-door(Florida tag #WG89X),with black trim. W/M(later identified as Edward J. Dalziel / DOB: 09-19-62)was wearing a white, short-sleeve shirt and salmon shorts. Dalziel was bald. The vehicle was parked, forward, in a parking space, on the north side of the building, located at 2315 14th Avenue. Exits East Spa at approximately 11:30 hours. Positive I.D. |
| 01-02-19 | 11:28 | W/M enters East Spa, after exiting a white 2003 Ford F150 pick-up truck (Florida tag #996-RZK). The vehicle had a black camper top attached to bed. W/M (later identified as Adam R. Palma / DOB: 08-04-64) was wearing a black, s/s t-shirt, with white writing on the back, tan shorts, and ball cap. The vehicle was parked, forward, in a parking space, in front of East Spa. Exits East Spa at approximately 12:09 hours. Positive I.D. |
| 01-02-19 | 11:35 | W/M enters East Spa, after exiting a white Mercedes sport utility vehicle (unknown tag). W/M was wearing a navy blue shirt and navy blue bottoms. The vehicle was parked, forward, in a parking space, on the northwest corner of the building, located at 2315 14th Avenue. W/M exits East Spa, at approximately 11:36 hours. Unable to identify. |
| 01-02-19 | 12:33 | W/M enters East Spa, after exiting a red and white 2011 Toyota FJ Cruiser sport utility vehicle (New Jersey tag #N25-FDD). W/M's vehicle was parked, forward, into a parking space, on the north side of the building, located at 2315 14th Avenue. Vehicle registration came back to Giresi Stone Incorporated, 7 Shore Road, Andover, New Jersey 07821. W/M exits East Spa, at approximately 13:02 hours. Unable to identify. |

001150



# VBPD Surveillance Log

**Case Number:** 2018-2297 /video room

| Date | Time | Description |
|---|---|---|
| 01/02/2019 | 0950 hrs | White Dodge van pulls into East Spa parking lot and parks. Driver identified as Michael Cimitile via DAVID by Sgt. Huddy and Det. Crowley. Cimitile enters massage room with JD#7. While in room Cimitile receives manual stimulation, oral sex, and has sexual intercourse with JD#7. Cimitile then step out of frame (likeley to pay JD#7). Cimitile exits East /spa at 1046 hrs. (010219-01) |
| 01/02/2019 | 1121 hrs | White Chevrolet van parked in East Spa parking lot. Driver identified as Robert Walter by Sgt. Huddy and Det. Crowley via DAVID. Walter enters East Spa and goes into massage room with JD#7. Walter pays cash in room. While in room Walter receives manual stimulation, oral sex, and has vaginal intercourse with JD#7. Walter exits East Spa at 1154 hrs. (010219-02) |
| 01/02/2019 | 1233 hrs | Toyota FJ Cruiser bearing NJ tag#N25FDD parks in East Spa parking lot. Driver (white male) enters spa. Subject enters massage room with JD#7 and pays cash in room. Subject receives manual stimulation, oral sex, and has vaginal intercourse with JD#7. Subject exits East Spa at 1302. Unable to identify subject. |
| 01/02/2019 | 1312 hrs | Black Toyota bearing FL tag#IXHR56 parks in front of East Spa. Driver identified as registered own Kenneth Maksym by Sgt. Huddy and Det. Crowley via DAVID. Maksym pays cash at front desk and enters massage room with JD#3. He then pays her cash in massage room. Maksym receives manual stimulation, oral sex, and has vaginal intercourse with JD#3. Maksym exits East Spa at 1428. (010219-03) |
| 01/02/2019 | 1455 hrs | Gray Dodge Charger bearing FL tag#CJQU91 enters East Spa parking lot and backs against the adjacent business. Driver identified as registered owner Vito Gioia by Sgt. Huddy and Det. Crowley via DAVID. Gioia enters East Spa and pays cash at front desk. Gioia enters massage room with JD#&. While in massage room Gioia recieves manual stimulation, oral sex, and has vaginal intercourse with JD#7. Leaves 1606. (010219-04) |
| | hrs | |
| | hrs | |

001151



# VBPD Surveillance Log

**Case Number:** 2018-2297 / Huddy

| Date | Time | Description |
|---|---|---|
| 01-02-19 | 16:33 | W/M enters East Spa, after exiting a black 2002 Chevrolet Suburban sport utility vehicle (Florida tag #R1CPR). W/M (later identified as Bruce D. Kirchner / DOB: 04-24-54) was wearing a blue, short-sleeve shirt, and blue shorts. The vehicle was parked, forward, in a parking space, on northwest corner of the building, located at 2345 14th Avenue. Concluded surveillance at approximately 17:00 hours. Did not observe exit. Positive I.D. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

001152



# VBPD Surveillance Log

**Case Number:** 2018-2297 / Huddy

| Date | Time | Description |
|---|---|---|
| 01-02-19 | 12:39 | W/M enters East Spa, after exiting a white 2003 Kia Sedona minivan (Florida tag #KBT-D13). W/M (later identified as Luciano M. Mendonca / DOB: 08-15-74) was wearing a white, short-sleeve t-shirt and blue shorts. The vehicle was parked, forward, in a parking space, on the northwest corner of the building, located at 2315 14th Avenue. Exits East Spa, at approximately 13:00 hours. Positive I.D. |
| 01-02-19 | 12:44 | W/M enters East Spa, after exiting a black 2010 Lincoln MKS four-door (Florida tag #AUJ-A96). W/M (later identified as Ottavio F. Didomenico / DOB: 11-05-47) was wearing a black, short-sleeve shirt. Didomenico had grayish-brown hair. The vehicle was parked, forward, in a parking space, in front of East Spa (southwest corner of building). Exits East Spa, at approximately 14:06 hours. Positive I.D. |
| 01-02-19 | 12:59 | W/M enters East Spa, after exiting a silver Cadillac sport utility vehicle (unknown tag). W/M was wearing a white, short-sleeve polo shirt and tan pants. The vehicle was parked, forward, in a parking space, on the north side of the building, located at 2315 14th Avenue. W/M exits East Spa, at approximately 13:36 hours. Unable to identify. |
| 01-02-19 | 13:12 | W/M enters East Spa, after exiting a black 2018 Toyota Corolla five-door (Florida tag #IXH-R56). W/M (later identified as Kenneth M. Maksym / DOB: 09-19-64) was wearing a white, short-sleeve t-shirt and dark shorts. The vehicle was parked, forward, in a parking space, in front of East Spa (southwest corner of building). Exits East Spa, at approximately 14:28 hours. Positive I.D. |
| 01-02-19 | 14:04 | W/M enters East Spa, after exiting a white 2018 Toyota 4Runner sport utility vehicle (Florida tag #VTS25). W/M (later identified as Karie D. Dunks / DOB: 03-01-61) was wearing a white, short-sleeve t-shirt and blue ball cap. The vehicle was parked, forward, in a parking space, on the north side of the building, located at 2315 14th Avenue. Exits East Spa at approximately 14:28 hours. Positive I.D. |
| 01-02-19 | 14:15 | W/M enters East Spa, after exiting a blue 2010 BMW convertible (Florida tag #FFF-853). W/M (later identified as Steven R. Sloan / DOB: 11-10-55) was wearing a yellow, s/s striped polo shirt and blue shorts. Sloan had gray hair and was balding. The vehicle was parked, forward, in a parking space, on the north side of the building, located at 2315 14th Avenue. Exits East Spa at approximately 15:19 hours. Positive I.D. |
| 01-02-19 | 14:17 | W/M enters East Spa, after exiting a silver 2010 Ford Fusion four-door (Florida tag #Y59-UZY). W/M (later identified as Jason C. Franz / DOB: 05-14-77) was wearing a white, long-sleeve shirt, dark shorts, and ball cap. The vehicle was parked, forward, in a parking space, on the north side of the building, located at 2315 14th Avenue. Exits East Spa, at approximately 14:48 hours. Enters/Exits three times. Positive I.D. |
| 01-02-19 | 14:40 | W/M enters East Spa, after exiting a black Mercedes sport utility vehicle (unknown tag). W/M was wearing a green or brown, short sleeve t-shirt. W/M had grayish brown hair. The vehicle was parked, forward, in a parking space, in front of East Spa. W/M exits East Spa, at approximately 14:41 hours. No I.D. |
| 01-02-19 | 14:56 | W/M enters East Spa, after exiting a gray 2016 Dodge Charger SRT four-door (Florida tag #CJQ-U91). W/M (later identified as Vito C. Gioia / DOB: 11-17-64) was wearing a blue shirt and blue jeans. Gioia had a clean-shaven head. The vehicle was backed into a parking space, on the northwest corner of the building, located at 2315 14th Avenue. Exits East Spa at approximately 16:06 hours. Positive I.D. |
| 01-02-19 | 15:13 | W/M enters East Spa, after exiting a white Ford, Zorc Construction, van (unknown tag). W/M was wearing a gray, short-sleeve polo shirt, blue jeans, and ball cap. W/M's vehicle was parked, forward, into a parking space, on the north side of the building, located at 2315 14th Avenue. W/M exits East Spa, at approximately 16:18 hours. Unable to identify. |

001153



# VBPD Surveillance Log

**Case Number:** 2018-2297 /video room

| Date | Time | Description |
|---|---|---|
| 12-31-18 | 0848 hrs | Kenneth Zullo arrives at East Spa and enters spa with suitcase. Zullo speaks with JD#4 and leaves by himself at 0929. |
| 12-31-18 | 0929 hrs | White Lincoln utility bearing FL tag#BTBY89 enters East Spa parking lot. Driver identified via DAVID by Sgt. Huddy and Det. Crowley as registered owner Scott Buescher. Buescher enters spa and pays cash at front desk. Buescher goes into massage room with JD#6. Buescher receives manual stimulation, oral sex, and has vaginal intercourse with JD#6. Buescher leaves at 0958. (123118-01). |
| 12-31-18 | 1100 hrs | Gray Ford truck bearing FL tag#HMV1Y pulls into the north parking lot of East Spa and parks. Driver identified as registered owner William Stratton by Sgt. Huddy and Det. Crowley via DAVID. Stratton enters East Spa and pays cash at front desk. Stratton enters massage room with JD#6. While in room Stratton recieves manual stimulation and oral sex from JD#6. Stratton leaves at 1140 hrs. (123118-02). |
| 12-31-18 | 1215 hrs | Mack truck bearing FL tag#KVDT52 pulls into East Spa parking lot. White male driver enters East Spa and pays cash at front desk. Subject enter massage room with JD#6. Subject has sexual intercourse with JD#6 in massage room. Subject leaves and is identified as Joseph Hendricks Jr. by Sgt. Adamski and Sgt. Huddy via DAVID following traffic stop upon exiting. (123118-03). |
| 12-31-18 | 1328 hrs | Hyundai utility bearing FL tag#M185PH pulls into East Spa parking lot and parks. Driver identified via DAVID by Sgt. Huddy and Det. Crowley as James Lundeen. Lundeen enters massage room with JD#6. While in massage room Lundeen receives manual stimulation, oral sex, and has vaginal intercourse with JD#6. Also manually stimulated by JD#4. Lundeen exits at 1415 hrs. (123118-04). |
| 12-31-18 | 1606 hrs | Red GMC pick up parks in East Spa parking lot. Driver identified as registered owner Jovany Aguilera by Sgt. Huddy and Det. Crowley via DAVID. Auilera enters spa and pays cash at front desk. Aguilera enters massage room with JD#6. While in massage room Aguilera is manually stimulated by JD#6. Aguilera again pays cash in massage room. Aguilera exits East Spa at 1634 hrs. (123118-05) |
| 12-31-18 | 1641 hrs | Silver Mercedes bearing FL tag#PF373S parks in East Spa parking lot. Driver identified as Paul Browning through investigative means (Facebook/Sunbiz) and DAVID by Det. Crowley. Browning pays cash at front desk. Browning enters massage room with JD#6. While in massage room Browning recieves manual stimulation, oral sex, and has vaginal intercourse with JD#6. Browning exits East Spa at 1730 hrs. (123118-06) |
| 12-28-18 | | |
| 12-28-18 | | |
| 12-28-18 | | |

001148



## VBPD Surveillance Log

**Case Number:** 2018-2297 / Huddy

| Date | Time | Description |
|---|---|---|
| 12-31-18 | 13:28 | W/M enters East Spa, after exiting a gray 2018 Hyundai Tucson sport utility vehicle (Florida tag #M18-5PH). W/M (later identified as James D. Lundeen / DOB: 06-12-48) was wearing a pink or salmon, short-sleeve polo shirt and blue shorts. Lundeen had grayish brown hair. The vehicle was parked, forward, in a parking space, in front of East Spa. Exits East Spa, at approximately 14:13 hours. Positive I.D. |
| 12-31-18 | 13:42 | W/M enters East Spa, after exiting a black 2018 GMC Yukon Denali sport utility vehicle (Florida tag #CNU-K10). W/M (later identified as William P. Ryan Jr. / DOB: 10-07-53) was wearing a lighter blue, short-sleeve shirt and eyeglasses. Ryan had brown hair. The vehicle was parked, forward, in a parking space, in front of East Spa. Exits East Spa, at approximately 14:00 hours. Positive I.D. |
| 12-31-18 | 13:56 | E/I/M enters East Spa, after exiting a silver 2003 Honda Civic 4-door (Florida tag #AWN-Y75). E/I/M (later identified as Sunil N. Khambhati / DOB: 01-18-64) was wearing a blue/yellow, horizontal-striped, short-sleeve shirt and blue pants. E/I/M had dark brown hair. E/I/M's vehicle parked, forward, in a parking space, on the northwest corner of the building, located at 2315 14th Avenue. Exits East Spa@14:47 (+I.D.) |
| 12-31-18 | 14:22 | W/M enters East Spa, after exiting a silver 2018 Hyundai Elantra four-door (Georgia tag #RMP9807). W/M was wearing a black, short-sleeve shirt and blue shorts. W/M's vehicle parked, forward, in a parking space, on SE corner of 2345 14th Ave. Vehicle registration came back to PV Holding Corp., 4340 Global Gateway Connector, College Park, Georgia. W/M exits East Spa, at approximately 15:15. Unable to identify. |
| 12-31-18 | 15:02 | W/M enters East Spa, after exiting a gray 2008 Chrysler Town and Country van (Florida tag #584-3HC). W/M was wearing a blue, short-sleeve polo shirt (stripes) and brown khaki pants. W/M's vehicle was backed into a parking space, on the north side of 2345 14th Ave. Vehicle registration came back to Seniors R Able Inc., 406 NW 4th Street, Okeechobee, Florida. W/M exits East Spa, at approximately 16:14. Unable to identify. |
| 12-31-18 | 15:09 | B/M enters East Spa, after exiting a red 2011 Nissan Maxima four-door (Florida tag #AKD-H96). B/M was wearing a yellow/black, checkered, short-sleeve shirt. B/M's vehicle was parked, forward, into a parking space, in front of East Spa. Vehicle registration came back to Horace Lloyd Jr. (03-27-55), 2304 North 42nd Street, Ft. Pierce, Florida. B/M exits East Spa, at approximately 16:16 hours. Unable to identify. |
| 12-31-18 | 15:20 | W/M enters East Spa, after exiting a silver 2016 Tesla Model X crossover utility vehicle (Florida tag #RLJ9Q). W/M (later identified as Carl W. Guidice Jr. / DOB: 09-18-60) was wearing an aqua green and black, short-sleeve shirt, brown shorts, and sandals. Guidice had brown hair. The vehicle was parked, forward, in a parking space, at 2336 14th Avenue (Museum). Exits East Spa, at approximately 15:33 hours. Positive I.D. |
| 12-31-18 | 15:45 | H/M enters East Spa, after exiting a red 2017 GMC Sierra 1500 crew cab pick-up truck (Florida tag #046-0UE). H/M (later identified as Jovany Aguilera / DOB: 09-01-96) was wearing a black, short-sleeve t-shirt, and black shorts. The vehicle was parked, forward, in a parking space, on the north side of the building, located at 2315 14th Avenue. Exits East Spa, at approximately 15:48 hours. Positive I.D. |
| 12-31-18 | 16:06 | H/M enters East Spa, after exiting a red 2017 GMC Sierra 1500 crew cab pick-up truck (Florida tag #046-0UE). H/M (later identified as Jovany Aguilera / DOB: 09-01-96) was wearing a black, short-sleeve t-shirt, and black shorts. The vehicle was parked, forward, in a parking space, on the north side of the building, located at 2315 14th Avenue. Exits East Spa, at approximately 16:34 hours. Positive I.D. |
| 12-31-18 | 16:11 | W/M enters East Spa, after exiting a black 1998 BMW 740iL four-door (Florida tag #DEM-Y15). W/M was wearing a blue and gray, horizontal-striped shirt. W/M's vehicle was parked, forward, into a parking space, in front of East Spa (SW corner). Vehicle registration came back to Keith A. Gillis (06-20-72), 111 High Court, Sebastian, Florida. Ended surveillance at 17:00 hours. W/M still inside East Spa. Unable to identify. |

001149