IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:21-cv-80391-RLR

**KEITH TAIG, individually and on behalf of others similarly situated,**

    Plaintiff,

vs.

**CITY OF VERO BEACH, CHIEF DAVID CURREY in his individual capacity, CAPTAIN KEVIN MARTIN (RETIRED) in his individual capacity, LIEUTENANT JOHN PEDERSEN in his individual capacity, DETECTIVE PHIL HUDDY in his individual capacity, DETECTIVE SEAN CROWLEY in his individual capacity, and DETECTIVE MIKE GASBARRINI in his individual capacity,**

    Defendants.

_____/

## FINAL JUDGMENT IN FAVOR OF DEFENDANTS

Pursuant to the Court's Order On Motions to Dismiss entered February 15, 2022 [Doc. 98] granting the City's Motion to Dismiss with prejudice, and the Court's Order Granting Defendants' Motion for Summary Judgment entered June 28, 2022 [Doc. 126], the Court hereby enters this Final Judgment in favor of Defendants CITY OF VERO BEACH, CHIEF DAVID CURREY, CAPTAIN KEVIN MARTIN, LIEUTENANT JOHN PEDERSEN, DETECTIVE PHIL HUDDY, DETECTIVE SEAN CROWLEY, and DETECTIVE MIKE GASBARRINI, and against Plaintiff KEITH TAIG, and Defendants shall go hence without day.

2

The Court reserves judgment to award costs in favor of Defendants and against Plaintiff and to enforce the provisions of this Final Judgment.

**DONE AND ORDERED** in West Palm Beach, Florida this 30th day of June, 2022.

                                                  ROBIN L. ROSENBERG
                                                  U.S. District Judge